UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA LEE HODGES,<br><br>                    Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>                    Defendants. | No.  1:25-cv-1408-GSA<br><br>ORDER OF REMAND PURSUANT TO STIPULATION UNDER SENTENCE FOUR OF 42 U.S.C. § 405(G) AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), it is **ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the terms of the Stipulation to Remand (ECF No. 13).

The Clerk is **DIRECTED** to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:    **April 9, 2026**                    **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE