UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDRA LEE HODGES,

              Plaintiff,

     v.

Commissioner of Social Security,

              Defendants.

No.  1:25-cv-1408-GSA

**ORDER GRANTING EAJA FEES**

(ECF No. 16)

    As stipulated, ECF No. 16, it is **ORDERED** that Plaintiff is awarded attorney fees and expenses in the amount of $7,249.19, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920, according to the terms of the stipulation, ECF No. 16.

IT IS SO ORDERED.

Dated:    **May 5, 2026**            **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

1